JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

21 CR 024 WMC

**Place of Offense:**

City: Rio
County/Parrish: Columbia

**Related Case Information:**

Superseding _____  Docket Number _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  20-mj-120
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**

Matter to be Sealed _____ Yes   ✓ No

Def. Name: Stephen J. Robeson
Alias Name:
City/State: Oxford, WI
Year of Birth: 1963    Last 4 digits of SSN _____
Sex: Male    Race: White

**U.S. Attorney Information:**

ELIZABETH ALTMAN    Bar #: _____
Interpreter: ___ No   ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1    ___ Petty    ___ Misdemeanor    ✓ Felony
                                      ___ Class A
                                      ___ Class B
                                      ___ Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |

Date: February 10, 2021    Signature /s/    ELIZABETH ALTMAN