IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 024 WMC |
| STEPHEN J. ROBESON, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

DOC NO
REC'D/FILED
2021 MAR -3 PM 1:23
PETER OPPENEER
CLERK US DIST COURT
W'D OF WI

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about September 26, 2020, in the Western District of Wisconsin, the defendant,

STEPHEN J. ROBESON,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce an Armalite, Model: AR50A1, .50 Caliber rifle, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 03/03/21

_____
TIMOTHY M. O'SHEA
Acting United States Attorney