UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff*,

vs.                                                                                                     Case No. 21-cr-24-wmc

STEPHEN ROBESON,

        *Defendant*.

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen Robeson, the defendant in the above-captioned matter, is represented by:

        Joseph A. Bugni
        Federal Defender Services of Wisconsin, Inc.
        22 East Mifflin Street, Suite 1000
        Madison, Wisconsin 53703
        Telephone:   [608] 260-9900
        Facsimile:    [608] 260-9901

Dated at Madison, Wisconsin, this 5th day of March, 2021.

                                        Respectfully submitted,

                                        Stephen Robeson, Defendant

                                        */s/Joseph A. Bugni*
                                        Joseph A. Bugni

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org