UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 21-cr-24-wmc

STEPHEN ROBESON,

    Defendant.

---

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT PURSUANT TO Fed. R. Crim. P. 10(b) AND ENTRY OF PLEA OF NOT GUILTY**

I am Stephen Robeson, the defendant in this case, and along with my undersigned attorney, I hereby acknowledge the following, and petition the Court to enter a Plea of Not Guilty:

1) I have received a copy of the Indictment or Information in this case. I understand the nature and substance of the charge or charges, the maximum penalties applicable in the event I am convicted, and my constitutional rights. My attorney has advised me of these rights and the penalties provided if I am convicted.

2) I understand I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the charge, or charges. I understand an arraignment is scheduled following: (a) the filing of the Indictment or Information and making public thereof; (b) the date I first appeared before a judicial officer; or (c) the date I was ordered held to answer and appeared before a judicial officer of the Court in which this charge, or charges, are pending, whichever date last occurs. I further understand that without this waiver, I would be arraigned in open Court and must appear as directed.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

I have conferred with my attorney and fully understand all of the above. I hereby waive personal appearance at arraignment and the reading of the Indictment; by this petition, I tender a Plea of Not Guilty. I understand that entry by the Court of this plea will conclude the arraignment in this case for all purposes, including the Speedy Trial Act, 18 U.S.C. § 3161.

I respectfully submit this petition to enter a Plea of Not Guilty in my absence.

_____      _____
Stephen Robeeson, Defendant          Date


_____      _____
Joseph A. Bugni                      Date
Attorney for Defendant

FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.