UNITED STATES MARSHALS SERVICE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF CRIMINAL SUMMONS

You must complete the acknowledgment portion of this form and return it in the enclosed self-addressed stamped envelope.

United States of America

v.

Stephen Robeson
████████████████████
Oxford, WI  53952

Case 21-cr-024-wmc

March 5, 2021

## ACKNOWLEDGMENT OF RECEIPT

I DECLARE UNDER PENALTY OF PERJURY, THAT I RECEIVED A COPY OF THE SUMMONS IN THE ABOVE CASE.

**PLEASE RETURN BY 03/19/2021**

_____
(Signature)

**TO AVOID PERSONAL SERVICE**

_____
(Street #, Name or P.O. Box)

SIGN, DATE & RETURN IN
ENCLOSED ENVELOPE
OR
**FAX TO 608-661-8304**

Oxford, WI  53952
(City, State, Zip Code)

3/8/2021
(DATE)