# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

March 18, 2021

Honorable Stephen L. Crocker
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Steven Robeson*
              Case No. 21-cr-24-wmc

Dear Judge Crocker:

    The defense filed a waiver of Mr. Robeson's appearance last week, and a bond interview is scheduled for tomorrow.

    As the Court may know, my wife is expecting our child any day. Rather than ask for a scheduling conference in a week, when I may not be available, I have spoken to AUSA Altman and the parties would ask that the Court set a status conference for after I return from paternity leave. The parties are both free on Tuesday May 4, 2021—at any time convenient for the Court. By then, I anticipate having made a decision about pretrial motions. Additionally, the defense requests that the Court order that the Rule 16 discovery be disclosed by April 1, 2021.

    I have spoken to AUSA Altman and she has no objection to proceeding in this manner and with those proposed dates.

Thank you for your attention to this matter.

Sincerely,

*/s/ Joseph A. Bugni*

Joseph A. Bugni
Associate Federal Defender