

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

*Address:*
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

June 15, 2021

Joseph Bugni
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI  53703

    Re:    *United States v. Stephen J. Robeson*
            Case No:  21-cr-00024-wmc

Dear Attorney Bugni:

    Enclosed please find a USB drive containing additional discovery Bates numbered ROBESON_000429 – ROBESON_000570.  Also enclosed are 24 discs containing the information identified on the corresponding list.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                              Very truly yours,

                              TIMOTHY M. O'SHEA
                            Acting United States Attorney

                            By:       /s/
                            ELIZABETH ALTMAN
                            Assistant United States Attorney

Enclosures