

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

Address:
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

June 25, 2021

Joseph Bugni
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI  53703

    Re:    *United States v. Stephen J. Robeson*
            Case No:  21-cr-00024-wmc

Dear Attorney Bugni:

    Enclosed please a CD containing additional discovery as identified on the disc.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                              Very truly yours,

                              TIMOTHY M. O'SHEA
                            Acting United States Attorney

                            By:    /s/
                            ELIZABETH ALTMAN
                            Assistant United States Attorney

Enclosure