

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

August 2, 2021

**<u>VIA EMAIL</u>**
Joseph Bugni
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI  53703

    Re:    *United States v. Stephen J. Robeson*
                Case No:  21-cr-00024-wmc

Dear Attorney Bugni:

    Attached please find additional discovery in the above-referenced case (Bates Nos. ROBESON_571 – ROBESON_804).

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                        Very truly yours,

                        TIMOTHY M. O'SHEA
                        Acting United States Attorney

                        By:      /s/
                        ELIZABETH ALTMAN
                        Assistant United States Attorney

Attachment