# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 10/19/2021   DAY: Tuesday   START TIME: 2:08 pm   END TIME: 2:37 pm
JUDGE/MAG.: WMC   CLERK: JLS   REPORTER: CS
PROBATION OFFICER: ___   INTERPRETER: ___   SWORN: YES ☐ NO ☐
CASE NUMBER: 21-cr-24-wmc   CASE NAME: USA v. Stephen Robeson

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman   DEFENDANT ATTY.: Joseph Bugni
Chad Elgersma

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 ; 10 YR(S) IMPRISONMENT; $ 250,000 FINE;
3 YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.
DEFENDANT AGE: ___   ☐ INDICTMENT/INFORMATION READ   ☐ DEFENDANT WAIVES READING

**PLEA:**
- ☒ GUILTY
- ☐ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☒ DEFENDANT SWORN
- ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☒ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: ___   TRIAL ESTIMATE: ___ DAYS
PTMH/EVID. HRG.: ___   MOTIONS DUE: ___
FPTC: ___   FPTC SUBMISSIONS: ___
FINAL HEARING: ___

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: 12/30/2021   OBJECTIONS DUE: 1/13/2022
SENTENCING: 2/3/2022 at 1:00 pm

**RELEASE/DETENTION:**
- ☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ___

**NOTES:**

TOTAL COURT TIME: 29 min