PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District of Wisconsin

U.S.A. vs. Stephen J. Robeson          Docket No. 21-cr-24-wmc-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Yang D. Moua, pretrial services/probation officer, presenting an official report upon the conduct of defendant Stephen J. Robeson, who was placed under pretrial release supervision by the Honorable Stephen L. Crocker, sitting in the court at Madison, Wisconsin on the 6th date of April, 2021 under the following conditions:

Condition No. 12: If defendant has any contact with any representative of any law enforcement agency regarding any criminal or traffic matter, then defendant shall report this contact to Pretrial Services within 24 hours of the contact.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 6, 2021, the defendant was released on pretrial supervision with the twelve standard conditions of pretrial supervision.

On July 28, 2021, the defendant was contacted by a member of the Sauk County, Wisconsin, Sheriff's Department regarding a theft by fraud investigation that allegedly occurred in August 2020. Mr. Robeson failed to report the police contact to Pretrial Services.

On November 18, 2021, the defendant was contacted regarding his failure to report the police contact to Pretrial Services. The defendant explained the contact was over the phone and that the investigating detective informed it was not necessary to report the contact to Pretrial Services as he was only being questioned. Mr. Robeson was made clear that this was in violation of Condition No. 12 and disapproved of his failure to report the police contact accordingly.

In reviewing of the Sauk County Sheriff's report, it was noted that in August 2020, the defendant went to the alleged victim's residence with some other people and presented information to the alleged victim about the defendant's nonprofit organization called "Race to Unite Races," claiming it was created to assist law enforcement in combating human trafficking. The alleged victim reported the defendant stated the organization needed a vehicle in the $15,000 range. The alleged victim did not buy a $15,000 vehicle, but instead bought a 2003 Chevrolet Tahoe for $3,500 for the organization. The alleged victim later found out that the organization was nonexistent and asked for the vehicle back; however, the defendant reported they had gotten rid of the vehicle. The defendant and his wife are being referred to the Sauk County, Wisconsin, District Attorney's Office for charges of theft by fraud.

On November 18, 2021, the defendant was asked about the vehicle the alleged victim bought for them and he reported his wife sold the vehicle for cash to get a new vehicle. The defendant claimed the Race to Unite Races is an organization run by his wife and it has been in operation for about six years. The defendant stated his only involvement in the organization was that he spoke at a few public appearances. He denied currently owning any organizations or businesses. Although this conduct predates the date of the defendant's pretrial release, it is important for Pretrial Services to be able to monitor any risks the defendant may pose to the community. The defendant agreed to the addition of Condition No. 27, which requires the defendant to notify third parties, including his employer, his clients, and the financial institutions with which he conducts business, of the pending federal charges and shall permit pretrial services to make notifications and to confirm compliance with this condition.

Because the defendant's alleged conduct or possible new county charges predate his pretrial supervision, and defendant will agree to a modification of conditions, no action is recommended at this time. Pretrial Services will forward the request for modification to the Court upon receipt of the defendant's and counsel's signature confirming he is amenable to the modification. This will eliminate the need for a formal hearing.

PRAYING THAT THE COURT WILL ORDER the addition of Condition No. 27 upon receipt of the defendant's signature on a modification request form.

ORDER OF COURT

Considered and ordered this 22nd day of NOVEMBER, 20 21 and ordered filed and made a part of the records in the above case.

U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2021

/s/ Yang D. Moua
U.S. Pretrial Services/Probation Officer

Place Madison, Wisconsin