# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettiner
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alexander P. Vlisides
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

January 13, 2022

Honorable William M. Conley
United States District Court Judge
120 North Henry Street
Madison, Wisconsin 53703

      Re:    *United States v. Steven Robeson*
              Case No. 21-cr-24-wmc

Dear Judge Conley:

      The defense respectfully requests a one-day extension to file the objections to the PSR. I have been sick for most of this week. While I have communicated with Mr. Robeson and have the points I need to address in the objections I just need a day or so to type up everything. I would thus respectfully request that the parties be allowed to file objections by tomorrow, January 14. I have spoken to AUSA Elizabeth Altman and she has no objection to this request.

      Thank you for your attention to this matter.

                         Sincerely,

                         */s/ Joseph A. Bugni*

                         Joseph A. Bugni
                         Associate Federal Defender