

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

January 14, 2022

Mariah Stieve
U.S. Probation Officer
222 W. Washington Avenue, Suite 340
Madison, WI 53703

    Re:    *United States v. Stephen J. Robeson*
            Case No.: 21-cr-00024-wmc

Dear Ms. Stieve:

    I have reviewed the presentence investigation report (PSR) prepared by you in the above-captioned case and do not have any objections to the guideline calculations set forth in the report.

                      Very truly yours,

                      TIMOTHY M. O'SHEA
                      United States Attorney

                      By:       /s/

                      ELIZABETH ALTMAN
                      Assistant United States Attorney

ecf:    The Honorable William M. Conley
         Joseph Bugni