UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 21-cr-24-wmc

STEPHEN ROBESON,

    Defendant.

---

## WAIVER OF PERSONAL APPEARANCE

1. Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Stephen Robeson acknowledges that he is the defendant in this case. He understands he has the right to appear personally for his sentencing hearing pursuant to Rule 43.

2. He has discussed this waiver with his attorney and understands his rights. He freely and voluntarily waives his right to personally attend the sentencing hearing, whenever they it is scheduled, and requests to appear by video.

Dated this 14 day of Jan, 2021.

_____      _____
Stephen Robeson, Defendant                       Joseph A. Bugni
                                                                                 Counsel for Defendant