# COURTROOM MINUTES
# SENTENCING / JUDICIAL REVIEW

DATE: 2/3/2022    DAY: Thursday    START TIME: 1:00 p.m.    END TIME: 1:22 p.m.
JUDGE/MAG.: Conley    CLERK: rks    REPORTER: JD
PROBATION OFFICER: Mariah Stieve    INTERPRETER: _____    SWORN: _____
CASE NUMBER: 21-cr-24-wmc    CASE NAME: USA v. Stephen Robeson

**APPEARANCES:**
AUSA: Elizabeth Altman    DEFENDANT ATTY.: Joseph Bugni

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 12    CRIMINAL HISTORY CATEGORY: I
ADVISORY GUIDELINE IMPRISONMENT RANGE: 10 to 16 MONTHS.

**SENTENCE:**
COUNT(S) *See Below :  ☒ INDICTMENT    ☐ INFORMATION
CBOP  CT. ___; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
         CT. ___; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
☐ VOLUNTARY SURRENDER: ___ between ___ and ___;
☐ RELEASE CONDITIONS CONTINUED.
☐ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
Ct 1: 1 day with time deemed served CBOP; 2 YR S/R; $100 CA
Court stands silent on how sentence is to run to pending Sauk County case 2021CF779.

TOTAL COURT TIME: _____